IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DIANE M. JONES, | * | C.A. No. 08-308 |
| | * | |
| Plaintiff, | * | |
| | * | **TRIAL BY JURY DEMANDED** |
| v. | * | |
| | * | |
| CHARMING SHOPPES, INC., | * | |
| a Pennsylvania corporation; | * | |
| CHARMING SHOPPES OF | * | |
| DELAWARE, INC., a | * | |
| Pennsylvania corporation; | * | |
| and LANE BRYANT (DELAWARE) | * | |
| CORPORATION, a Delaware | * | |
| corporation, | * | |
| | * | |
| Defendants. | * | |

TO:   CHARMING SHOPPES OF DELAWARE, INC.
      450 Winks Lane
      Bensalem, Pennsylvania 19020

   **PLEASE TAKE NOTICE** that the originals of the enclosed Civil Cover Sheet, Complaint and Summons were served upon the Secretary of State for the State of Delaware, on the 27th day of May A.D., 2008, pursuant to 10 Delaware Code 3104.

   Service on the Secretary of State, pursuant to 10 Delaware Code 3104, is as effectual to all intents and purposes as if it had been made upon you personally within the State of Delaware.

                                   SCHMITTINGER & RODRIGUEZ, P.A.

                               BY: _____
                                   NOEL E. PRIMOS, ESQUIRE
                                   Bar I.D. #3124
                                   414 S. State Street
                                   P.O. Box 497
                                   Dover, DE 19903
                                   (302) 674-0140
                                   Attorneys for Plaintiff

DATED: 5-28-08
NEP/wsm