IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DIANE M. JONES,                        *      C.A. No. 08-308
                                       *
              Plaintiff,               *
                                       *      **TRIAL BY JURY DEMANDED**
       v.                              *
                                       *
CHARMING SHOPPES, INC.,                *
a Pennsylvania corporation;            *
CHARMING SHOPPES OF                    *
DELAWARE, INC., a                      *
Pennsylvania corporation;             *
and LANE BRYANT (DELAWARE)             *
CORPORATION, a Delaware                *
corporation,                           *
                                       *
              Defendants.              *

        Pursuant to Rule 4(h), now to-wit, this 3rd day of June A.D. 2008,
comes the Plaintiff by his attorneys, Schmittinger and Rodriguez, P.A., and
amends the Complaint in the above-captioned case by adding thereto the
following:

        BE IT REMEMBERED, that on this 3rd day of June A.D. 2008, personally

came before me, the Subscriber, a Notary Public in and for the State and

County aforesaid, Noel E. Primos, attorney for the Plaintiff, who being sworn

according to law, did depose and say as follows:

1.      That to the best of his knowledge, the Defendants are nonresidents of

        the State of Delaware whose names and addresses are as follows:

        Charming Shoppes, Inc., 450 Winks Lane, Bensalem, Pennsylvania

        19020, and Charming Shoppes of Delaware, Inc., 450 Winks Lane,

        Bensalem, Pennsylvania 19020.

2.    That on May 23, 2008, the Complaint in the above-captioned case was
      filed.

3.    That on May 28, 2008, W. Scott Masche e-filed the return of service
      documents showing service upon Defendants by serving the Secretary
      of State of the State of Delaware, copies of which returns are
      attached hereto as Exhibit "A".

4.    That on May 28, 2008, he, the said Noel E. Primos, caused the Notices
      and copies of the Complaint, Civil Cover Sheet, and Summons, copies of
      which are attached hereto as Exhibit "B", to be mailed by registered
      mail (registered number RR 442 564 701  US and RR 442 564 715 US)
      return receipts requested to the following named Defendants:
      Charming Shoppes, Inc. and Charming Shoppes of Delaware, Inc.

5.    That on June 2, 2008, he, Noel E. Primos, received from the postal
      authority the return receipts signed by Steve Weiss, agent for named
      Defendants: Charming Shoppes, Inc. And Charming Shoppes of
      Delaware, Inc.  The said receipts are attached hereto as Exhibit "C".

6.    That the said receipts have the same registered numbers, to-wit:
      RR 442 564 701 US and RR 442 564 715 US, as the receipts received
      at the time of the mailing of the said Notices, attached hereto as
      Exhibit "D".

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____

NOEL E. PRIMOS
Bar I.D. #3124
414 S. State Street
P.O. Box 497
Dover, DE 19903
(302) 674-0140
Attorney for Plaintiff

DATED: 6-3-08

SWORN TO AND SUBSCRIBED before me the day and year aforesaid.

_____
NOTARY PUBLIC

DENISE M. DENARY
MY COMMISSION
EXPIRES
AUG. 9, 2009
NOTARY PUBLIC
STATE OF DELAWARE

# EXHIBIT A

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE **5/27/08** |
| NAME OF SERVER *(PRINT)* **Harold K. Brode** | TITLE **INVESTIGATOR** *(Schmittinger & Rodriguez Law firm)* |

*Check one box below to indicate appropriate method of service*

| |
|---|
| Served personally upon the defendant. Place where served: **OFFICE OF THE SEC. OF STATE** |
| Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. <br><br> Name of person with whom the summons and complaint were left: *Kyle Pritchard (Corp. Assistant) Sec of State* <br><br> Returned unexecuted: |
| Other (specify): |

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on: **5/27/08**
Date

Signature of Server *Harold K. Brode*

*414 South State Street*
*Dover Del 19901*
Address of Server *302/678-5453*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 5/27/08 |
| NAME OF SERVER *(PRINT)* | TITLE INVESTIGATOR (Schmittinger & Rodriguez Law Firm) |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

OFFICE OF THE SEC. OF STATE

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Kyle Pritchard

Returned unexecuted: ( Corp. Assistant)

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on: 5/27/08
_____
Date

Harold K. Brode
_____
*Signature of Server*

414 S. State Street
Dover, Del 19901
_____
*Address of Server*

302/678-5483

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DIANE M. JONES,

                Plaintiff,

      v.

CHARMING SHOPPES, INC.,
a Pennsylvania corporation;
CHARMING SHOPPES OF
DELAWARE, INC., a
Pennsylvania corporation;
and LANE BRYANT (DELAWARE)
CORPORATION, a Delaware
corporation,

                Defendants.

C.A. No. 08-308

**TRIAL BY JURY DEMANDED**

TO:  CHARMING SHOPPES, INC.
      450 Winks Lane
      Bensalem, Pennsylvania 19020

    **PLEASE TAKE NOTICE** that the originals of the enclosed  Civil Cover Sheet, Complaint and Summons were served upon the Secretary of State for the State of Delaware, on the 27th day of May A.D., 2008, pursuant to 10 <u>Delaware Code</u>  3104.

    Service on the Secretary of State, pursuant to 10 <u>Delaware Code</u>  3104, is as effectual to all intents and purposes as if it had been made upon you personally within the State of Delaware.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
      NOEL E. PRIMOS, ESQUIRE
      Bar I.D. #3124
      414 S. State Street
      P.O. Box 497
      Dover, DE 19903
      (302) 674-0140
      Attorneys for Plaintiff

DATED: 5-28-08
NEP/wsm

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DIANE M. JONES,                          *        C.A. No. 08-308
                                         *
                  Plaintiff,             *
                                         *
        v.                               *        **TRIAL BY JURY DEMANDED**
                                         *
CHARMING SHOPPES, INC.,                  *
a Pennsylvania corporation;              *
CHARMING SHOPPES OF                      *
DELAWARE, INC., a                        *
Pennsylvania corporation;                *
and LANE BRYANT (DELAWARE)               *
CORPORATION, a Delaware                  *
corporation,                             *
                                         *
                  Defendants.            *

TO:   CHARMING SHOPPES OF DELAWARE, INC.
      450 Winks Lane
      Bensalem, Pennsylvania 19020

      **PLEASE TAKE NOTICE** that the originals of the enclosed  Civil
Cover Sheet, Complaint and Summons were served upon the Secretary
of State for the State of Delaware, on the 27th day of May A.D.,
2008, pursuant to 10 Delaware Code  3104.

      Service on the Secretary of State, pursuant to 10 Delaware
Code  3104, is as effectual to all intents and purposes as if it
had been made upon you personally within the State of Delaware.

                              SCHMITTINGER & RODRIGUEZ, P.A.


                              BY: _____
                                  NOEL E. PRIMOS, ESQUIRE
                                  Bar I.D. #3124
                                  414 S. State Street
                                  P.O. Box 497
                                  Dover, DE 19903
                                  (302) 674-0140
                                  Attorneys for Plaintiff

DATED: 5-28-08
NEP/wsm



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DIANE M. JONES,                  *    C.A. No.   0 8 - 3 0 8
                                 *
               Plaintiff,        *
                                 *    **TRIAL BY JURY DEMANDED**
        v.                       *
                                 *
CHARMING SHOPPES, INC.,          *
a Pennsylvania corporation;      *
CHARMING SHOPPES OF              *
DELAWARE, INC., a               *
Pennsylvania corporation;        *
and LANE BRYANT (DELAWARE)       *
CORPORATION, a Delaware          *
corporation,                     *
                                 *
               Defendants.       *

2008 MAY 23  PM 2: 41    FILED CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE

## COMPLAINT

1.  Plaintiff Diane M. Jones is a resident of the State of Delaware, residing at 389 Frear Drive, Dover, Delaware 19901.

2.  Defendant Charming Shoppes, Inc., is a Pennsylvania corporation whose principal place of business is located at 450 Winks Lane, Bensalem, Pennsylvania 19020.

3.  Defendant Charming Shoppes of Delaware, Inc., is a Pennsylvania corporation whose principal place of business is located at 450 Winks Lane, Bensalem, Pennsylvania 19020.

4.  Defendant Lane Bryant (Delaware) Corporation is a Delaware corporation whose registered agent for service of process is The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware 19801.

5.  At all times relevant to this Complaint, Defendants were employers within the State of Delaware.

6.    Jurisdiction is conferred on this Court by 42 U.S.C. §2000e-5(f)(3), by 29 U.S.C. §621 *et seq.*, and by 28 U.S.C. §1343.

7.    Venue for all causes of action stated herein lies in the District of Delaware, as the acts alleged as the bases for these claims took place within the boundaries of that District.

8.    Plaintiff brings this action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000e *et seq.*; under 42 U.S.C. §1981; and under the Age Discrimination in Employment Act, 29 U.S.C. §621 *et seq.*, to redress the wrongs done her by Defendants' discrimination against her on the basis of her race and age.

9.    Plaintiff timely submitted a complaint of discrimination on the basis of race and age to the Delaware Department of Labor ("DDOL") and the Equal Employment Opportunity Commission ("EEOC").

10.    Plaintiff has received a notice of right to sue for the above-referenced charge from the EEOC.

11.    Plaintiff has timely filed this Complaint within ninety (90) days of her receipt of the notice of right to sue.

12.    Plaintiff is an African-American female, and at all times relevant to this Complaint was over forty (40) years of age.

13.    Plaintiff began her employment with Defendants on or about September 14, 1986.

14.    At the time of her termination on August 8, 2006, Plaintiff was a store sales manager at the Concord Mall Store, and Plaintiff was 54 years of age.

15.   At all times relevant to this Complaint, Plaintiff was qualified for her job position and satisfactorily performed all duties of her job position.

16.   At all times relevant to this Complaint, Plaintiff was supervised by District Sales Manager Michele Hague, whose race is Caucasian, and who, at all times relevant to this Complaint, was under forty (40) years of age.

17.   Defendants, through their agents, including Ms. Hague, subjected Plaintiff to a hostile work environment because of her race and age by, *inter alia*, making derogatory statements toward Plaintiff in front of her peers, making excessive store visits, and not providing Plaintiff with a compliance check list within the relevant time period.

18.   Prior to the advent of Ms. Hague as District Sales Manager in early 2006, Plaintiff received numerous commendations and positive evaluations.

19.   On or about August 8, 2006, Defendants terminated Plaintiff.  The reason proffered for the termination, alleged performance issues, was pretextual.

20.   Defendants replaced Plaintiff with a Caucasian female who was approximately 25 years old.

21.   The actions of Defendants in harassing Plaintiff and terminating her were wrongful and discriminatory against Plaintiff on the basis of her race and age.

22.   The wrongful acts committed by Defendants, as stated hereinabove, were wilful, wanton, and committed in bad faith.

23.    As a direct result of the actions of Defendants, Plaintiff has suffered damages, including, but not limited to, severe emotional distress, pain and suffering, mental anguish, humiliation, and lost wages.

## COUNT I -- TITLE VII

24.    Plaintiff restates and incorporates by reference paragraphs 1 through 23 hereinabove.

25.    By committing the aforementioned acts, Defendants have discriminated against Plaintiff on the basis of her race in violation of 42 U.S.C. §2000e, *et seq.*

26.    As a direct result of the discriminatory conduct of Defendants, Plaintiff has suffered damages, including, but not limited to, physical and emotional injury, pain and suffering, mental anguish, humiliation, and lost wages.

WHEREFORE, Plaintiff demands judgment against Defendants, jointly and severally, for:

      (a)    Back pay, including interest;

      (b)    Compensatory damages, including damages for emotional and physical pain and suffering, inconvenience, mental anguish, loss of enjoyment of life, and all other non-pecuniary damages;

      (c)    Punitive damages;

      (d)    Pre-judgment and post-judgment interest;

      (e)    Attorney's fees and costs;

      (f)    Reinstatement, if feasible, or, in the alternative, front pay; and

      (g)    Any other relief that this Court deems just.

### COUNT II -- 42 U.S.C. §1981

27. Plaintiff hereby restates and incorporates by reference paragraphs 1 through 25 hereinabove.

28. By committing the aforementioned acts, and specifically by discriminating against Plaintiff on the basis of her race, Defendants have violated 42 U.S.C. §1981.

29. As a direct result of the discriminatory conduct of Defendants, Plaintiff has suffered damages, including, but not limited to, physical and emotional injury, pain and suffering, mental anguish, humiliation, and lost wages.

WHEREFORE, Plaintiff demands judgment against Defendants, jointly and severally, for:

    (a)  Back pay, including interest;

    (b)  Compensatory damages, including damages for emotional and physical pain and suffering, inconvenience, mental anguish, loss of enjoyment of life, and all other non-pecuniary damages;

    (c)  Punitive damages;

    (d)  Pre-judgment and post-judgment interest;

    (e)  Attorney's fees;

    (f)  Reinstatement, if feasible, or, in the alternative, front pay; and

    (g)  Any other relief that this Court deems just.

### COUNT III -- AGE DISCRIMINATION IN EMPLOYMENT ACT

30. Plaintiff hereby restates and incorporates by reference paragraphs 1 through 28 hereinabove.

31.    The actions of Defendants as described in this Complaint represent discrimination against Plaintiff on the basis of her age in violation of 29 U.S.C. §621 *et seq.*

32.    As a direct result of the discriminatory conduct of Defendants, Plaintiff has suffered damages, including, but not limited to, physical and emotional injury, pain and suffering, mental anguish, humiliation, and lost wages.

WHEREFORE, Plaintiff demands judgment against Defendants, jointly and severally, for:

(a)    Any and all damages available pursuant to 29 U.S.C. §621 *et seq.*, including, but not limited to, lost wages, salary, employment benefits, back pay, front pay, interest, liquidated damages, and any and all other available pecuniary damages.

(b)    Compensatory damages;

(c)    Punitive damages;

(d)    Pre-judgment and post-judgment interest;

(e)    Attorney's fees and costs;

(f)    Reinstatement, if feasible; and

(g)    Any other relief that this Court deems just.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
 NOEL E. PRIMOS, ESQUIRE
 Bar I.D. #3124
 414 S. State Street
 P.O. Box 497
 Dover, DE   19901
 (302) 674-0140
 Attorneys for Plaintiff

DATED: 05-22-2008
NEP:pmw



JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE

| | |
|---|---|
| **I. (a) PLAINTIFFS**<br>Diane M. Jones | **DEFENDANTS**<br>Charming Shoppes, Inc., a Pennsylvania corporation<br>Charming Shoppes Of Delaware, Inc., a Pennsylvania<br>Corporation; and Lane Bryant (Delaware) Corporation<br>a Delaware corporation |
| **(b)** County of Residence of First Listed Plaintiff          Kent<br>(EXCEPT IN U.S. PLAINTIFF CASES) | County of Residence of First Listed Plaintiff<br>(IN U.S. PLAINTIFF CASES ONLY)<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE<br>LAND INVOLVED. |
| **(c)** Attorney's (Firm Name, Address, and Telephone Number)<br>Noel E. Primos, Esquire<br>Schmittinger & Rodriguez, P.A.<br>414 S. State Street, P.O. Box 497<br>Dover, DE  19901<br>(302) 674-0140 | Attorneys (If Known) |

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff

☐ 2 U.S. Government Defendant

☒ 3 Federal Question (U.S. Government Not a Party)

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place and "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**
PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury – Med. Malpractice
- ☐ 365 Personal Injury – Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☒ 441 Voting
- ☒ 442 Employment
- ☒ 443 Housing / Accommodations
- ☐ 445 Amer. W/Disabilities-Employment
- ☐ 446 Amer. w/Disabilities – Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395 ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS – Third Party 26 USC 7609

**OTHER**
- ☐ 400 State Reappointment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organiz.
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation
- ☐ 895 Freedom of Information
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding

☐ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

☐ 5 Transferred from another district (specify)

☐ 6 Multidistrict Litigation

☐ 7 Appeal to District Judge from Magistrate

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
42 U.S.C. 2000e; 42 U.S.C. 1981; 29 U.S.C. 621

Brief description of cause:  Plaintiff seeks damages for Defendants discriminatory conduct and breach of contract.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASES(S) IF ANY

(See instructions):

JUDGE

DOCKET NUMBER

DATE  5-22-08

SIGNATURE OF ATTORNEY OF RECORD

.AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware

DIANE M. JONES,

**SUMMONS IN A CIVIL CASE**

Plaintiff,

CASE NUMBER: 0 8 - 3 0 8

v.

CHARMING SHOPPES, INC.,
a Pennsylvania corporation;
CHARMING SHOPPES OF
DELAWARE, INC., a
Pennsylvania corporation;
and LANE BRYANT (DELAWARE)
CORPORATION, a Delaware
corporation,

Defendants.

To: (Name & Address of Defendant)

Charming Shoppes, Inc.
c/o Secretary of State of the State of Delaware
401 Federal Street, Suite 3
Dover, DE 19901

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Noel E. Primos, Esquire
Bar ID #3124
Schmittinger & Rodriguez, P.A.
414 S. State Street
P.O. Box 497
Dover, DE 19903

an answer to the complaint which is served on you with this summons, with ___20___ days after service of this summons on you, exclusive of the date of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                              5/23/08

_____      _____
CLERK                                                      DATE

_____

.AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware

DIANE M. JONES,

                Plaintiff,

          v.

CHARMING SHOPPES, INC.,
a Pennsylvania corporation;
CHARMING SHOPPES OF
DELAWARE, INC., a
Pennsylvania corporation;
and LANE BRYANT (DELAWARE)
CORPORATION, a Delaware
corporation,

                Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:    0 8 - 3 0 8

To: (Name & Address of Defendant)

       Charming Shoppes of Delaware, Inc.
       c/o Secretary of State of the State of Delaware
       401 Federal Street, Suite 3
       Dover, DE 19901

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

       Noel E. Primos, Esquire
       Bar ID #3124
       Schmittinger & Rodriguez, P.A.
       414 S. State Street
       P.O. Box 497
       Dover, DE 19903

an answer to the complaint which is served on you with this summons, with ____20____ days after service of this summons on you, exclusive of the date of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

_____       5/23/08

CLERK                        DATE

# EXHIBIT C

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Charming Shoppe, Inc.
450 Winks LN.
Bensalem, PA 19020

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Weiss_   ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
STEVE WEISS

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☒ Registered   ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   RB 442 564 701 US

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Charming Shoppes of DE, Inc.
450 Winks Lane
Bensalem, PA 19020

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Weiss_   ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
STEVE WEISS

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☒ Registered   ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   RB 442 564 715 US

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

UNITED STATES POSTAL SERVICE

JUN 2 2008

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

NOEL E. PRIMOS, ESQUIRE
Schmittinger & Rodriguez PA
414 S. State St., PO BOX 497
Dover, DE 19903

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Noel E. Primos, Esq.
Schmittinger & Rodriguez, PA.
414 S. State St., PO BOX 497
Dover, DE 19903

# EXHIBIT D



Registered No. RR 442 5647 01 US

Reg. Fee $10.00
Handling Charge $0.00    Return Receipt $2.20
Postage $1.24    Restricted Delivery $0.00
Received by

Customer Must Declare Full Value $    With Postal Insurance ☒    Without Postal Insurance ☐

Date Stamp
DIANE JONES
0901 06-1004
18
USPS 05/28/08

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

OFFICIAL USE

FROM: Noel E. Primos, Esquire
Schmittinger & Rodriguez PA
414 S. State Street, PO Box 497
Dover, DE 19903

TO: Charming Shoppes, Inc
Bensalem Lane
Bensalem, Pennsylvania 19020

PS Form 3806, Receipt for Registered Mail    Copy 1 - Customer
May 2004 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®



Registered No. RR 442 5104 715 US

Reg. Fee
Handling Charge $10.00    Return Receipt $2.15
Postage $0.00    Restricted Delivery $2.20
Received by $1.31

Customer Must Declare Full Value $    With Postal Insurance ☒    Without Postal Insurance ☐
$0.00

Date Stamp
DIANE JONES
06-1004
0901
18
Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

OFFICIAL USE

FROM: Noel E. Primos Esquire
Schmittinger & Rodriguez PA
414 South State St. PO Box 497
Dover, DE 19903

TO: Charming Shoppes of DE, Inc
450 Winks Lane
Bensalem, BPA 19020

BENSALEM PA 19020

PS Form 3806, Receipt for Registered Mail    Copy 1 - Customer
May 2004 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®