IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DIANE M. JONES, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 08-308 - JJF |
| CHARMING SHOPPES, INC., CHARMING SHOPPES OF DELAWARE, INC., LANE BRYANT CORP., | : | |
| Defendants. | : | |

**STIPULATION FOR EXTENSION OF TIME**

IT IS HEREBY STIPULATED by and between the parties that the time for Defendants to answer Plaintiff's Complaint is extended by twenty (20) days, until July 8, 2008.

SCHMITTINGER & RODRIGUEZ, P.A.

/s/ Noel E. Primos
Noel E. Primos (#3124)
414 S. State Street
P.O. Box 497
Dover, DE 19903
(302) 674-0140
Attorney for Plaintiff

MORRIS JAMES LLP

/s/ David H. Williams
David H. Williams (#616)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900
Attorneys for Defendants

IT IS SO ORDERED this _____ day of _____, 2008.

_____
J.