IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIANE M. JONES, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C.A. No. 08-308 |
| | : |
| CHARMING SHOPPES, INC., CHARMING SHOPPES OF DELAWARE, INC., LANE BRYANT CORP., | : |
| | : |
| Defendants. | : |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Michael J. Ossip, Esquire, to represent Defendants in this matter.

MORRIS JAMES LLP

/s/ David H. Williams
David H. Williams (#616)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899
302.888.6900/5849
Attorneys for Defendants
dwilliams@morrisjames.com

Date: June 23, 2007

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's Motion for Admission *Pro Hac Vice* is granted.

Date:_____     _____
                                                                    U.S.D.J.

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Commonwealth of Pennsylvania, the United States District Courts for the Eastern and Middle Districts of Pennsylvania and the Central District of Illinois, the United States Courts of Appeals for the Third, Fourth, Fifth, Seventh, Ninth and District of Columbia Circuits, and the United States Supreme Court, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon filing of this motion.

Michael J. Ossip, Esquire
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103
215.963.5761

Dated: June 18, 2008