IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIANE M. JONES, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C.A. No. 08-308 |
| | : |
| CHARMING SHOPPES, INC., CHARMING SHOPPES OF DELAWARE, INC., LANE BRYANT CORP., | : |
| | : |
| Defendants. | : |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Sean W. Sloan, Esquire, to represent Defendants in this matter.

MORRIS JAMES LLP

/s/ David H. Williams
David H. Williams (#616)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899
302.888.6900/5849
Attorneys for Defendants
dwilliams@morrisjames.com

Date: June 23, 2007

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's Motion for Admission *Pro Hac Vice* is granted.

Date:_____            _____
                                                                                        U.S.D.J.

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Commonwealth of Pennsylvania and the State of New Jersey, the United States District Courts for the Eastern District of Pennsylvania and the District of New Jersey, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon filing of this motion.

                                            /s/ Sean W. Sloan
                                            Sean W. Sloan, Esquire
                                            Morgan, Lewis & Bockius LLP
                                            1701 Market Street
                                            Philadelphia, PA 19103
                                            215.963.5084

Dated: June 18, 2008