### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIANE M. JONES, | : |
| Plaintiff, | : |
| v. | : C.A. No. 08-308 -JJF |
| CHARMING SHOPPES, INC., CHARMING SHOPPES OF DELAWARE, INC., LANE BRYANT CORP., | : |
| Defendants. | : |

**STIPULATION FOR SUBSTITUTION OF DEFENDANT**

IT IS HEREBY STIPULATED by and between the parties that:

(1) Lane Bryant, Inc., a Delaware Corporation, which was Plaintiff's employer, shall be substituted as the only named Defendant in place of Charming Shoppes, Inc., Charming Shoppes of Delaware, Inc., and Lane Bryant Corporation, and shall be considered the named employer for purposes of the administrative proceedings before the Delaware Department of Labor and the Equal Employment Opportunity Commission and Plaintiff's right to sue letter received from the Equal Employment Opportunity Commission; and

(2)   Plaintiff's claims against Defendants Charming Shoppes, Inc., Charming Shoppes of Delaware, Inc., and Lane Bryant Corporation are hereby voluntarily dismissed without prejudice.

| SCHMITTINGER & RODRIGUEZ, P.A. | MORRIS JAMES LLP |
|---|---|
| /s/ Noel E. Primos | /s/ David H. Williams |
| Noel E. Primos (#3124) | David H. Williams (#616) |
| 414 S. State Street | 500 Delaware Avenue, Suite 1500 |
| P.O. Box 497 | P.O. Box 2306 |
| Dover, DE 19903 | Wilmington, DE 19899 |
| (302) 674-0140 | (302) 888-6900 |
| Attorney for Plaintiff | Attorneys for Defendants |
| nprimos@schmittrod.com | dwilliams@morrisjames.com |

IT IS SO ORDERED this _____ day or _____, 2008.

_____
J.