# Morris James LLP

David H. Williams
302.888.6900
dwilliams@morrisjames.com

August 7, 2008

**VIA E-FILING**

The Honorable Joseph J. Farnan, Jr.
United States District Court
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801

      RE:   *Diane M. Jones v. Lane Bryant, Inc.*
               *Civil Action No. 08-308 JJF*

Dear Judge Farnan:

      We represent the Defendant in the above case. We conferred with Plaintiff's counsel and agreed upon the proposed dates set forth in the attached Scheduling Order.

      Please contact me if you have any questions.

                                Respectfully,

                                */s/ David H. Williams*
                                David H. Williams
                                Bar I.D. #616

DHW/jam
Enclosure
cc:    Noel E. Primos, Esquire (w/enc.) (via e-filing)
        Michael J. Ossip, Esquire (w/enc.) (via e-filing)
        Sean W. Sloan, Esquire (w/enc.) (via e-filing)
        Clerk of the Court (w/enc.) (via e-filing)

1874592/1

500 Delaware Avenue, Suite 1500 | Wilmington, DE 19801-1494   T 302.888.6800   F 302.571.1750
Mailing Address   P.O. Box 2306 | Wilmington, DE 19899-2306   www.morrisjames.com