IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIANE M. JONES, | : |
| Plaintiff, | : |
| v. | : C. A. No. 08-308-JJF |
| LANE BRYANT, INC., | : |
| Defendant. | : |

### ORDER

At Wilmington this **18th** day of **August, 2008**.

IT IS ORDERED that the teleconference scheduled for Monday, August 25, 2008 at 2:30 p.m. with Magistrate Judge Thynge to discuss ADR has been rescheduled to **Tuesday, August 26, 2008 at 9:00 a.m.  Plaintiff's counsel shall initiate the teleconference call to 302-573-6173.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE