IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIANE M. JONES, | : |
| Plaintiff, | : |
| v. | : C.A. No. 08-308 JJF |
| LANE BRYANT, INC., | : |
| Defendant. | : |

**NOTICE OF SERVICE**

I, David H. Williams, hereby certify that on the 20th day of August, 2008, two (2) copies of **DEFENDANT LANE BRYANT, INC.'S INITIAL DISCLOSURES** were served by placing same in the United States Mail, postage prepaid, addressed to the following counsel of record:

> Noel E. Primos, Esquire
> Schmittinger & Rodriguez, P.A.
> 414 S. State Street
> P.O. Box 497
> Dover, DE 19903

> MORRIS JAMES LLP
>
> /s/ David H. Williams
> David H. Williams (#616)
> dwilliams@morrisjames.com
> 500 Delaware Avenue, Suite 1500
> P.O. Box 2306
> Wilmington, DE 19899
> 302.888.6900
>
> Michael J. Ossip (admitted pro hac vice)
> Sean W. Sloan (admitted pro hac vice)
> MORGAN, LEWIS & BOCKIUS LLP
> 1701 Market Street
> Philadelphia, PA 19103
> 215.963.5761/5084
> Attorneys for Defendant Lane Bryant, Inc.

Dated: August 20, 2008