IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

```
DIANE M. JONES,              *
                             *
          Plaintiff,         *    C.A. No.: 08-308-JJF
                             *
     v.                      *    TRIAL BY JURY DEMANDED
                             *
LANE BRYANT, INC.            *
                             *
                             *
          Defendant.         *
```

## NOTICE OF SERVICE

I hereby certify that I have caused copies of the foregoing:

## PLAINTIFF'S INITIAL DISCLOSURES MADE PURSUANT TO FED. R. CIV. P. 26 (a) (1)

to be served upon:

|  |  |
|---|---|
| David H. Williams. Esquire | Michael J. Ossip, Esquire |
| Morris James, LLP | Sean W. Sloan, Esquire |
| 500 Delaware Avenue, Suite 1500 | Morgan, Lewis & Bockius LLP |
| P.O. Box 2306 | 1701 Market Street |
| Wilmington, Delaware 19899 | Philadelphia, PA 19103 |

via regular mail, postage prepaid, to the addresses shown above on August 20, 2008.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
Noel E. Primos
Bar I.D. # 3124
414 S. State Street
P.O. Box 497
Dover, DE 19903-0497
(302) 674-0140
Attorney for Plaintiff

DATED: 8-20-08

NEP/wsm

CERTIFICATE OF SERVICE

I hereby certify that I have caused copies of the foregoing:

**Notice of Service**

to be served upon:

| | |
|---|---|
| David H. Williams. Esquire | Michael J. Ossip, Esquire |
| Morris James, LLP | Sean W. Sloan, Esquire |
| 500 Delaware Avenue, Suite 1500 | Morgan, Lewis & Bockius LLP |
| P.O. Box 2306 | 1701 Market Street |
| Wilmington, Delaware 19899 | Philadelphia, PA 19103 |

via electronic service and regular mail, postage prepaid, to the addresses shown above on August 20, 2008.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
Noel E. Primos
Bar I.D. # 3124
414 S. State Street
P.O. Box 497
Dover, DE 19903-0497
(302) 674-0140
Attorney for Plaintiff

DATED: 8-20-08

NEP/wsm