IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DIANE M. JONES, | * | |
| | * | |
| Plaintiff, | * | C.A. No.: 08-308 JJF |
| | * | |
| v. | * | **TRIAL BY JURY DEMANDED** |
| | * | |
| LANE BRYANT, INC. | * | |
| | * | |
| | * | |
| Defendants. | * | |

## NOTICE OF SERVICE

I hereby certify that I have caused copies of the foregoing:

**PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS
DIRECTED TO DEFENDANT**

to be served upon:

David H. Williams, Esquire
Morris James, LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899

Michael J. Ossip, Esquire
Sean W. Sloan, Esquire
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103

by mailing copies to the address shown above, postage prepaid, on this 27th day of August, 2008.

SCHMITTINGER & RODRIGUEZ, P.A

BY: _____
NOEL E. PRIMOS, ESQUIRE
Bar I.D. #3124
414 S. State Street
P.O. Box 497
Dover, DE 19901
Attorneys for Plaintiff

DATED: 8-27-08
NEP/wsm

CERTIFICATE OF SERVICE

I hereby certify that I have caused copies of the following:

**NOTICE OF SERVICE OF**
**PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS**
**DIRECTED TO DEFENDANT**

to be served upon:

| | |
|---|---|
| David H. Williams, Esquire<br>Morris James, LLP<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington, DE 19899 | Michael J. Ossip, Esquire<br>Sean W. Sloan, Esquire<br>Morgan, Lewis & Bockius LLP<br>1701 Market Street<br>Philadelphia, PA 19103 |

by electronic service on August 27th, 2008.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
NOEL E. PRIMOS, ESQUIRE
Bar I.D. #3124
414 S. State Street
P.O. Box 497
Dover, DE  19903
(302) 674-0140
Attorneys for Defendants

DATED: 8-27-08

NEP/wsm