**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

DIANE M. JONES,                              :

        Plaintiff,                          :

                     :

        v.                                 :       C.A. No. 08-308 JJF

                     :

LANE BRYANT, INC.,                      :

        Defendant.                          :

**NOTICE OF SERVICE**

     I, David H. Williams, hereby certify that on the 3rd day of September, 2008, two

(2) copies of **DEFENDANT'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

**AND THINGS DIRECTED TO PLAINTIFF** and **DEFENDANT'S FIRST SET OF**

**INTERROGATORIES DIRECTED TO PLAINTIFF** were served by placing same in the

United States Mail, postage prepaid, addressed to the following counsel of record:

> Noel E. Primos, Esquire
> Schmittinger & Rodriguez, P.A.
> 414 S. State Street
> P.O. Box 497
> Dover, DE  19903

> MORRIS JAMES LLP

> David H. Williams (#616)
> dwilliams@morrisjames.com
> 500 Delaware Avenue, Suite 1500
> P.O. Box 2306
> Wilmington, DE  19899
> 302.888.6900

                                        Michael J. Ossip (admitted pro hac vice)
                                        Sean W. Sloan (admitted pro hac vice)
                                        MORGAN, LEWIS & BOCKIUS LLP
                                        1701 Market Street
                                        Philadelphia, PA  19103
                                        215.963.5761/5084
Dated:  September 3, 2008               Attorneys for Defendant Lane Bryant, Inc.

DHW/114006-0001/1885238/1